John Drabek and Jerry Drabek, Trading as Central Motor Sales, Appellees, v. Frank C. Stach, Appellant.

Gen. No. 41,314.

opinion filed December 23, 1940; rehearing denied January 6, 1941. Joseph J. Kroupa, for appellant; James O. Basta, for appellees; Paul W. Pretzel, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. "Not to be published in full."

John Simon, Appellee, v. Harold J. Green, Trading as Green Realty Company, Appellant.

Gen. No. 41,331.

opinion filed December 23, 1940. Green, Shapiro & Green, for appellant; Jules R. Green, of counsel; no appearance for appellee. Opinion by PRESIDING JUSTICE O'CONNOR. "Not to be published in full."